*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**David T. IFILL**
Navy Counselor First Class Petty Officer (E-6), U.S. Navy
*Appellant*

**No. 202500041**

―――――――――――――

Decided: 27 October 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Philip J. Hamon (arraignment)
Andrea K. Lockhart (motions and trial)

Sentence adjudged 12 September 2024 by a general court-martial tried at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3 and confinement for six months.[1]

―――――――――――――――――――――――

[1] To the extent that the convening authority's action purported to approve the remainder of the sentence and order it executed, such action was a legal nullity. *See* Rule for Courts-Martial 1110; *see also United States v. Brown*, No. 202300291, 2024 CCA LEXIS 310 at *1 n.1 (N-M Ct. Crim. App. July 29, 2024) (unpublished).

Opinion of the Court

For Appellant:
*Captain Katharine K. McCormick, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.